1

2

3                  IN THE UNITED STATES DISTRICT COURT

4

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                    No. CR 04-00317 WHA
                                                 No. C 12-05836-WHA
8              Plaintiff,

9       v.                                       **ORDER REQUIRING RESPONSE**

10  CHARLES EDWARD LEPP,

11             Defendant.

12  _____/

13          Defendant Charles Edward Lepp's Section 2255 motion, filed pro se, includes a claim

14  that his counsel was constitutionally ineffective under *Strickland v. Washington*, 466 U.S. 668

15  (1984), in providing incorrect advice in connection with a plea offer. Defendant's statements in

16  his motion and reply brief are not clear. To clarify, defendant Lepp must provide a *sworn*

17  *response under penalty of perjury* to the following questions by **APRIL 23, 2013**. In response to

18  the below questions, defendant Lepp is requested to please provide the facts as best he recalls

19  them and not to embellish with argument or irrelevant matters. Please provide the answers in the

20  numerical order set forth below.

21  1.    To the best of your recollection, state the date and terms of the verbal plea offer from the

22        government, as referenced in the motion at page 20. State when you decided to reject the

23        verbal plea offer.

24  2.    Did any attorney provide advice upon which you based your decision to reject the verbal

25        plea offer?

26              Yes _____              No _____

27  3.    If so, who?

28              David W. Fermino         Dennis Julian Roberts

                William McPike           Harris Bruce Taback

| | | |
|---|---|---|
| 1 | J. Tony Serra | Omar Figueroa |
| 2 | Shari Greenberger | Shari Lynn White |
| 3 | Shawn Halbert | Michael Hinckley |
| 4 | Editte Dalya Lerman | Katherine Alfieri |
| 5 | Other (state name) _____ | |

6  4.  State all of the advice that any attorney told you in connection with your decision to

7  reject the verbal plea offer referenced in your motion.  State the circumstances and

8  approximate dates of each such communication with counsel.

9  5.  Prior to your decision to reject the verbal plea offer, were you were told by any attorney,

10  the judge, the government, or anyone else of the possible sentences you might face if you

11  went to trial?

12  Yes _____  No _____

13  6.  If yes, state everything that anyone told you, prior to your decision to reject the verbal

14  plea offer, on the subject of potential sentences you might face if you went to trial.

15  Include the name of the person (or, if unknown, description of the person's position or

16  title) along with the circumstances and approximate date of each such communication.

17  7.  Prior to the date you rejected the verbal plea offer, did anyone tell you or were you

18  otherwise made aware that a mandatory minimum sentence might be possible in your

19  case?

20  Yes _____  No _____

21  8.  Did Attorney Michael Hinckley ever advise you of the possible sentence you could face

22  if convicted at trial?

23  Yes _____  No _____

24  If yes, when? _____

25

26  **IT IS SO ORDERED.**

27  Dated:  March 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE